PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Rickeylee Dixon                          Cr.: 18-00174-001
                                                                                         PACTS #: 4291293

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/09/2020

Original Offense:    Attempt and Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343]

Original Sentence: 5 years' probation

Special Conditions: Financial Disclosure, Mental Health Treatment, New Debt Restriction, Like Skills/Education, and $93,000 in Restitution

Type of Supervision: Probation                         Date Supervision Commenced: November 9, 2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision has violated the special condition which states **'The defendant shall make restitution in the amount of $93,000. The defendant shall satisfy the amount due in the monthly installments of no less than $100.** |

U.S. Probation Officer Action:

Dixon has failed to make his Court ordered payments of $100 per month towards his financial obligations and is currently in arrears by $500 with an outstanding balance of $92,900. Dixon was verbally reprimanded for his lack of payments; he acknowledges the importance of making monthly payments and agreed to make a better effort to comply with this order each month. The Northern District of New York is requesting jurisdiction of this case as Dixon has no plans of relocating out of the Northern District of New York.

                                                                         Respectfully submitted,

                                                                         SUSAN M. SMALLEY, Chief
                                                                         U.S. Probation Officer

                                                                         *Elisa Martinez*

                                                                         By:    ELISA MARTINEZ
                                                                                 Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*     *05/24/2021*
KELLY A. MACIEL          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/24/2021
Date